IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>WAYLAND GIBSON,<br><br>    Defendant.<br>                                                       / | No. CR 11-00734 WHA<br><br>**ORDER ON EX PARTE APPLICATION FOR ORDER PERMITTING FILING OF BAIL APPEAL ON OR BEFORE NOVEMBER 11, 2011** |

The court is in receipt of defendant Wayland Gibson's ex parte application for an order permitting filing of a bail appeal on or before November 11, 2011. Defendant filed the bail appeal on November 10. Thus, the ex parte application for an order permitting the filing of a bail appeal on or before November 11, is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Dated: November 14, 2011.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE