1 | COLEMAN & BALOGH LLP
  | ETHAN A. BALOGH, No. 172224
2 | 744 Montgomery Street, Fifth Floor
  | San Francisco, CA 94111
3 | Direct: 415.391.0440
  | Facsimile: 415.373.3901
4 | eab@colemanbalogh.com

5 | Attorneys for Defendant
  | WAYLAND GIBSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. 11 Cr. 734 WHA |
|---|---|
| Plaintiff, | |
| | STIPULATION AND [PROPOSED] ORDER RESETTING EVIDENTIARY HEARING |
| v. | |
| WAYLAND GIBSON, | |
| Defendant. | Before the Honorable William Alsup United States District Judge |

1   IT IS HEREBY STIPULATED, by and between the undersigned, subject to the approval
2   of the Court, that the evidentiary hearing currently scheduled for Wednesday, March 21, 2012 at
3   7:30 a.m. shall be rescheduled to Tuesday, March 27, 2012 at 7:30 a.m.
4   IT IS SO STIPULATED.

6   DATED: March 19, 2012                          /s/
                                                   ETHAN A. BALOGH
7                                                  Attorney for Defendant Wayland Gibson

8   DATED: March 19, 2012                          /s/
9                                                  RANDALL LUSKEY
                                                   Assistant United States Attorney

**CERTIFICATION**

By presenting the signatures set forth above, the filing attorney hereby certifies that he has received written authorization to present this stipulation on behalf of both parties.

**[PROPOSED] ORDER**

Based upon the foregoing Stipulation Resetting Evidentiary Hearing, and for good cause shown, it is hereby ORDERED that the evidentiary hearing currently scheduled for Wednesday, March 21, 2012 at 7:30 a.m. shall be rescheduled to Tuesday, March 27, 2012 at 7:30 a.m.

IT IS SO ORDERED.

Dated: March 19, 2012.

_____
William Alsup
UNITED STATES DISTRICT JUDGE