1  COLEMAN & BALOGH LLP
   ETHAN A. BALOGH, No. 172224
2  744 Montgomery Street, Fifth Floor
   San Francisco, CA 94111
3  Direct: 415.391.0441
   Facsimile: 415.373.3901
4  eab@colemanbalogh.com

5  Attorneys for Defendant
   WAYLAND GIBSON

6
                    UNITED STATES DISTRICT COURT
7
                  NORTHERN DISTRICT OF CALIFORNIA
8
                     SAN FRANCISCO DIVISION
9

10                                    │  Case No. 11 Cr. 734 WHA
    UNITED STATES OF AMERICA,         │
11                                    │  STIPULATION AND [PROPOSED] ORDER
           Plaintiff,                 │  RE: SENTENCING
12                                    │
              v.                      │
13                                    │
    WAYLAND GIBSON,                   │
14                                    │
           Defendant.                 │  Before the Honorable William Alsup
15                                    │  United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

1    WHEREAS, following return of a jury verdict of guilty on the sole count of the

2  indictment, the Court scheduled post trial motions to be heard on June 12, 2012, and if denied,

3  scheduled sentencing to be held on July 10, 2012;

4    WHEREAS, on June 1, 2012, the Court granted defendant Wayland Gibson's motion for

5  leave to file a motion for reconsideration of his motion to suppress evidence obtained as a result

6  of a June 26, 2010 warrantless residential search, and the Court scheduled the hearing of that

7  motion for July 17, 2012;

8    WHEREAS, on June 1, 2012, the Court also rescheduled the hearing of post trial motions

9  to be heard on that same date; and

10    WHEREAS, the parties believe it appropriate for the Court to address post trial motions

11  before proceeding to any sentencing hearing, including as a basis the preservation of resources;

12    IT IS HEREBY STIPULATED AND AGREED that good cause exists to support this

13  application, and the parties jointly ask the Court to reschedule sentencing of this matter to August

14  21, 2012, at 2:00 p.m.

15    IT IS SO STIPULATED.

16                                    Respectfully submitted,

17  DATED: June 4, 2012              COLEMAN & BALOGH LLP

18

19                                    */s/ E A Balogh*
                                      ETHAN A. BALOGH
                                      744 Montgomery Street, Fifth Floor
20                                    San Francisco, CA 94111
                                      Direct: (415) 391-0441
21
                                      Attorneys for Defendant
22                                    WAYLAND GIBSON

23

24  DATED: June 4, 2012              MELINDA HAAG
                                      UNITED STATES ATTORNEY
25

26                                    */s/ Randy Luskey*
                                      RANDY S. LUSKEY
27                                    ASSISTANT UNITED STATES ATTORNEY
                                      450 Golden Gate Avenue, Box 36055
28                                    San Francisco, California 94102
                                      Telephone: (415) 436-7200

                                      1

## [PROPOSED] ORDER

Based on the foregoing Stipulation, and for good cause shown, it is hereby ORDERED that sentencing in this matter is hereby rescheduled for August 21, 2012 at 2:00 p.m.

IT IS SO ORDERED.

Dated:   June 5, 2012.

_____
William Alsup
UNITED STATES DISTRICT JUDGE