MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

RANDY LUSKEY (CABN 240915)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:    (415) 436-7200
    Facsimile:    (415) 436-7234
    randall.luskey@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 11-0734 WHA |
|     Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE AND HEARING DATE |
| v. ) | |
| WAYLAND GIBSON, ) | |
|     Defendant. ) | |

On June 1, 2012, the Court granted the defendant's motion for leave to file a motion for reconsideration with respect to the Court's pre-trial ruling on the defendant's motion to suppress. On June 18, 2012, the defendant filed his motion for reconsideration. For the past two weeks, the parties have participated in active settlement discussions that would resolve the case without the Court needing to decide the pending motion for reconsideration, motion for a new trial, and motion for acquittal, all of which are currently set for hearing on July 17, 2012. The current briefing schedule requires the government to file its opposition by July 2, 2012 with the defense to file its reply by July 9, 2012. The parties hope that they will reach a resolution in the coming few days and jointly request that the Court extend the briefing schedule by one week in order to

STIP. & [PROP.] ORDER MODIFYING BRIEFING SCHEDULE
CR 11-0734 WHA                        1

allow the parties to complete their discussion of the terms of the agreement before the government's opposition is due.  f successful, the parties will present a revised schedule regarding disposition of the matter and if unsuccessful, the parties will ask the Court to hear defendant's motions on the following schedule:

| | |
|---|---|
| **July 9, 2012**: | Opposition to Motion for Reconsideration Due |
| **July 16, 2012**: | Reply in Support of Motion for Reconsideration Due |
| **July 24, 2012**: | Hearing on Motion for Reconsideration, Motion for New Trial, and Motion for Acquittal |

IT IS SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: June 29, 2012

_____/s/_____
RANDY LUSKEY
Assistant United States Attorney


DATED: June 29, 2012

_____/s/_____
ETHAN BALOGH
Attorney for Wayland Gibson

1
2                              ~~PROPOSED~~ **ORDER**
3        Based on good cause being shown, the Court imposes the following modified schedule in
4 the above-captioned case:
5        **July 9, 2012**:     Opposition to Motion for Reconsideration Due
6        **July 16, 2012**:    Reply in Support of Motion for Reconsideration Due
7        **July 24, 2012**:    Hearing on Motion for Reconsideration, Motion for New Trial, and
8                              Motion for Acquittal
9
10
11 IT IS SO ORDERED.
12
13 DATED:  July 2, 2012.                    _____
14                                          William Alsup
                                            UNITED STATES DISTRICT JUDGE
15

STIP. & ~~[PROP.]~~ ORDER MODIFYING BRIEFING SCHEDULE
CR 11-0734 WHA                             3